# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE GROUP THERAPY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) PSG – TEMPLE, LLC d/b/a PSG – TEMPLE MANOR NURSING HOME; (2) PSG – TUTTLE, LLC d/b/a PSG – TUTTLE CARE CENTER, and (3) PSG – WILLOW PARK, LLC d/b/a PSG – WILLOW PARK HEALTH CARE CENTER, <br><br> Defendants. | Case No. CIV-13-1063-R |

## JUDGMENT

In accordance with the Order entered this 6th day of November, 2014, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff have judgment against Defendants on its breach of contract claim as follows:

- PSG – Temple, LLC d/b/a PSG – Temple Manor Nursing Home in the amount of $246,793.93 in principal damages, compounded interest accruing at the rate of 14% per annum through September 26, 2014 in the amount of $57,415.70, per diem interest from that date forward in the amount of $94.66 and any post judgment interest accruing from this date forward at the statutory rate.

- PSG – Tuttle, LLC d/b/a PSG – Tuttle Care Center in the amount of $81,219.61 in principal damages, compounded interest accruing at the rate of 14% per annum through September 26, 2014 in the amount of $15,573.54, per diem interest from that date forward in the amount of $31.15 and any post judgment interest accruing from this date forward at the statutory rate.

- PSG – Willow Park, LLC d/b/a PSG – Willow Park Health Care Center in the amount of $1,021,943.69 in principal damages, compounded interest accruing at the rate of 14% per annum through September 26, 2014 in the amount of $226,987.12, per diem interest from that date forward in the amount of $391.98 and post judgment interest accruing from this date forward at the statutory rate.

Plaintiff is also awarded attorney fees and costs totaling $89,303.77, said amount to be divided equally among the three Defendants.

Plaintiff's claims for promissory estoppel, unjust enrichment and account stated are DISMISSED.

IT IS SO ORDERED this 6th day of November, 2014.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE